

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

March 24, 2016

**By ECF and UPS Overnight**

Hon. Jose L. Linares
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**    SEC v. Gentile; 16 Civ. 1619 (JLL)

Dear Judge Linares:

      We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned civil action.

      We write to alert the Court that the Commission staff and the Defendant have reached a settlement in principle on all of the Commission's claims, subject to approval by the full Commission. We expect to have a determination from the Commission in approximately eight weeks. Accordingly, by June 15, 2016 or earlier, we expect to provide the Court with a full settlement of the Commission's claims.

      Respectfully submitted,

Nancy A. Brown
Senior Trial Counsel

cc (via email): Adam Ford, Esq. (counsel for Defendant Guy Gentile)