

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

May 12, 2016

**By ECF and UPS Overnight**

Hon. Jose L. Linares
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   <u>SEC v. Gentile; 16 Civ. 1619 (JLL)</u>

Dear Judge Linares:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned civil action.

    We write to alert the Court that the parties have been unable to reach the settlement of this action.

    In light of the parallel criminal action now pending before this Court, <u>United States v. Guy Gentile</u>, 16 Cr. 155 (JLL), Defendant has requested a stay of this action until the resolution of the criminal proceedings against him. The Commission does not object to a stay. Accordingly, we enclose for the Court's consideration a stipulation and Proposed Order staying this action pending the entry of judgment in the parallel criminal action.

    Respectfully submitted,

    Nancy A. Brown
    Senior Trial Counsel

cc (via email): Adam Ford, Esq. (counsel for Defendant Guy Gentile)