UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SECURITIES AND EXCHANGE COMMISSION,

|                                    |                             |
| ---------------------------------- | --------------------------- |
|                    Plaintiff,      | 16-CIV-1619 (JLL)           |
|       -against-                    | **STIPULATION AND**         |
| GUY GENTILE,                       | ~~[PROPOSED]~~ **ORDER**    |
|                    Defendant.      |                             |

WHEREAS, the Defendant Guy Gentile ("Defendant") wishes to stay all proceedings in the above-captioned civil action pending resolution of the parallel criminal proceeding, entitled United States v. Guy Gentile, 16-CR-155 (JLL) (the "Parallel Criminal Proceeding"), and

WHEREAS, the Plaintiff Securities and Exchange Commission (the "Commission") does not object to the entry of a stay of these proceedings as specified herein,

IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for Defendant and the Commission as follows:

1.    All proceedings in the above-captioned civil action are hereby stayed pending the entry of a judgment in the Parallel Criminal Proceeding.

2.    This stay shall not alter the substantive or other procedural rights of the parties, including the Commission's right to continue to investigate other matters, by means of administrative subpoenas or otherwise. All such rights are expressly reserved.

3. This stay shall continue until a judgment is entered in the Parallel Criminal Proceeding. Defendant shall have sixty (60) days after such judgment is entered in the Parallel Criminal Proceeding to move, answer or otherwise respond to the Complaint in this action.

Dated: New York, New York
      May 12, 2016

FORD O'BRIEN LLP

By      _____

      Adam C. Ford
      Ford O'Brien LLP
      85 Broad Street, 28th Floor
      New York, NY 10004
      (212) 858-0040
      aford@fordobrien.com
      Attorney for Guy Gentile

SECURITIES & EXCHANGE COMMISSION

By      _____

      Nancy A. Brown
      U.S. Securities and Exchange Commission
      Brookfield Place
      200 Vesey Street, Suite 400
      New York, New York 10281
      (212) 336-1023 (Brown)
      brownn@sec.gov
      Attorney for Plaintiff

SO ORDERED:

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

5/13/2016