

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

March 6, 2017

**By ECF and UPS Overnight**

Hon. Jose L. Linares
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    <u>SEC v. Gentile; 16 Civ. 1619 (JLL)</u>

Dear Judge Linares:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned civil action. We write to update the Court about the status of this action.

    On May 13, 2016, on the parties' stipulation, this Court entered an order staying this civil action until the resolution of the parallel criminal case, <u>United States v. Guy Gentile</u>, 16 Cr. 155 (JLL) (the "Criminal Case"). (DE 8.) The stay order provided that this civil action would be stayed until the entry of a judgment in the Criminal Case, and that Defendant Guy Gentile would have sixty days after the entry of such judgment to move, answer, or otherwise respond to the Commission's Complaint in this civil action.

    On January 30, 2017, this Court entered an order dismissing the indictment in the Criminal Case, thus ending the stay of this civil action. Accordingly, Defendant Guy Gentile's deadline to move, answer, or otherwise respond to the Commission's Complaint in this action is now March 31, 2017. In anticipation of the case moving forward, the Commission respectfully proposes that the parties be ordered to submit their Fed. R. Civ. P. 26(f) Report within 30 days thereafter, or by May 1, 2017, so that discovery may promptly ensue.

                                                           Respectfully submitted,

                                                           Nancy A. Brown
                                                           Senior Trial Counsel

cc (via email): Adam Ford, Esq., and Chad Seigel, Esq. (counsel for Defendant Guy Gentile)