

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

May 1, 2017

**By ECF**

Hon. Joseph A. Dickson
United States Magistrate Judge
District of New Jersey
Martin Luther King, Jr. Federal Building
    and Courthouse
50 Walnut Street
Newark, New Jersey  07102

    Re:   <u>SEC v. Gentile; 16 Civ. 1619 (JLL)(JAD)</u>

Dear Judge Dickson:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned civil action. As directed by the Court at our April 12, 2017 conference, we write to provide a further status update on the parallel criminal case (<u>United States v. Gentile</u>, 16 Cr. 155 (JLL) ("Criminal Case")).

    Today, the United States Attorney's Office filed a Motion to Dismiss its appeal of Judge Linares' January 30, 2017 dismissal of the indictment against Gentile. (Criminal Case Appeal Docket, Case No. 17-1468, "Motion on Consent to Dismiss Appeal," dated May 1, 2017.) Accordingly, there is no longer any uncertainty regarding the status of the criminal proceedings in this matter.

    Notwithstanding the dismissal of the indictment and termination of the Criminal Case, we understand that Defendant will press his application for a renewal of the Stay in this matter and will detail the grounds in his letter due May 5, 2017.

                                   Respectfully submitted,

                                   Nancy A. Brown

cc:   Hon. Jose L. Linares (via regular mail)
       Adam Ford, Esq., (via email)