UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GUY GENTILE,<br><br>　　　　　　　Defendant. | No. 2:16 Civ. 01619 (JLL)(JAD)<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE, that, upon the annexed Memorandum of Law in Support of Defendant Guy Gentile's Motion to Dismiss the Securities and Exchange Commission's Complaint, the Declaration of Adam C. Ford, sworn to June 30, 2017, and the exhibits thereto, the Defendant will move this Court, before the Honorable Joseph A. Dickson, at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, as soon as counsel may be heard, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, for an order dismissing the Complaint in its entirety.

Dated:  June 30, 2017　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　Adam C. Ford, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Ford O'Brien, LLP
　　　　　　　　　　　　　　　　　　　　　　　　85 Broad Street, 28th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　aford@fordobrien.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Guy Gentile*