

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

August 16, 2017

**VIA ECF**

Hon. Jose L. Linares
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:**   <u>SEC v. Gentile; 16 Civ. 1619 (JLL)(JAD)</u>

Dear Judge Linares:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned action.

    As the Court is aware, the Defendant has filed a motion to dismiss the Commission's complaint (DE 34) on the basis that its action is barred by the statute of limitations set out in 28 U.S.C. § 2462, notwithstanding that the Commission seeks injunctive relief, and not disgorgement or penalties.

    We write to bring to the Court's attention a recent and relevant decision from the District Court for the Eastern District of Washington in <u>SEC v. Hooper</u>, 16 Misc. 0022 (E.D. Wash.), which concludes that 28 U.S.C. § 2462 does not apply to bar the Commission's application for an injunction. A copy of that court's decision, issued August 10, 2017, is enclosed for the Court's consideration.

Respectfully submitted,

/s/ Nancy A. Brown

Nancy A. Brown
Senior Trial Counsel

cc (w/ encl.):

Hon. Joseph A. Dickson (via UPS Overnight)
Adam Ford, Esq. (counsel for Defendant Guy Gentile) (via email)