

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

September 7, 2017

**VIA ECF AND UPS OVERNIGHT**

Hon. Joseph A. Dickson
United States Magistrate Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: <u>SEC v. Gentile; 16 Civ. 1619 (JLL)(JAD)</u>

Dear Judge Dickson:

    We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned action.

    By Text Order entered June 26, 2013, the Court adjourned a scheduled pre-trial conference in this matter from June 27, 2017 to this Friday, September 8, 2017 at 10:30 a.m. (DE 33.)

    As the Court is aware, the parties have briefed Defendant Gentile's Motion to Dismiss (DE 34-43), and are awaiting a decision. By Text Order entered June 12, 2017 (DE 32), the Court stayed all discovery in this matter "prior to the resolution of Defendant's . . . motion to dismiss."

    Because the matter has been stayed while the Defendant's Motion to Dismiss is <u>sub judice</u> pursuant to the June 12, 2017 Text Order (DE 32), we respectfully request that the Court adjourn the conference scheduled for September 8, 2017. Should the Court wish to proceed with a conference, we respectfully request that a court reporter be present to record the proceedings.

                                             Respectfully submitted,

                                             Nancy A. Brown
                                             Senior Trial Counsel

cc:    Hon. Jose L. Linares (via regular mail)
        Adam Ford, Esq. (counsel for Defendant Guy Gentile) (via email)