

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

November 8, 2017

VIA ECF AND UPS OVERNIGHT

Hon. Joseph A. Dickson
United States Magistrate Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   SEC v. Gentile; 16 Civ. 1619 (JLL)(JAD)

Dear Judge Dickson:

We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned action.

By Text Order entered September 7, 2017, the Court adjourned a scheduled pre-trial conference in this matter from September 8, 2017 to next Monday, November 13, 2017 at 11:30 a.m. (DE 45.)

As the Court is aware, and pursuant to a briefing schedule so ordered by Judge Linares (DE 49), the parties are briefing Gentile's Motion to Dismiss the Commission's Amended Complaint (DE 50). Gentile's Reply on that Motion is due to be filed December 8, 2017. By Text Order entered June 12, 2017 (DE 32), the Court stayed all discovery in this matter "prior to the resolution of Defendant's . . . motion to dismiss."

Because the matter has been stayed, we respectfully request that the Court adjourn the conference scheduled for November 13, 2017. Should the Court wish to proceed with a conference, we respectfully request that a court reporter be present to record the proceedings.

Respectfully submitted,

Nancy A. Brown
Senior Trial Counsel

cc:   Hon. Jose L. Linares (via regular mail)
Adam Ford, Esq. (counsel for Defendant Guy Gentile) (via email)