UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,    :
:
        Plaintiff,    :    16 Civ. 1619 (JLL)
:
        -against-    :
:    ECF Case
GUY GENTILE,    :
:
        Defendant.    :
----------------------------------------------------------------x

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

    Notice is hereby given that Plaintiff, Securities and Exchange Commission, appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court, District of New Jersey, entered in this action on December 13, 2017.

Dated: New York, New York
       February 2, 2018

                                        SECURITIES AND EXCHANGE
                                        COMMISSION

                                        By:    _____
                                                   Nancy A. Brown

                                        200 Vesey Street, Suite 400
                                        New York, New York 10281
                                        212.336.1023 (Brown)

                                        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Appeal, dated February 2, 2018, to be served on Defendant by emailing a copy of the same to Defendant's counsel, Adam Ford, at aford@fordobrien.com, this 2nd day of February 2018.

_____
Nancy A. Brown