UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-1242

SECURITIES AND EXCHANGE COMMISSION,

Appellant

v.

GUY GENTILE

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-16-cv-01619)
District Judge: Honorable Jose L. Linares

Argued November 6, 2018
Before: HARDIMAN, KRAUSE, and GREENBERG, *Circuit Judges*.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on November 6, 2018. On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the order of the United States District Court for the District of New Jersey entered December 13, 2017 be and the same is hereby VACATED. The cause is REMANDED to the District Court. All of the above in accordance with the Opinion of this Court.

No costs shall be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 26, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** November 22, 2019

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**