

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET
Suite 400
NEW YORK, NEW YORK 10281-1022

Nancy A. Brown
(212) 336-1023
brownn@sec.gov

December 12, 2019

**Via ECF**

Hon. John Michael Vasquez
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**    SEC v. Gentile; 16 Civ. 1619 (JMV)

Dear Judge Vasquez:

      We represent the Plaintiff, Securities and Exchange Commission, in the above-captioned action.

      In the Court's Text Order, entered December 11, 2019 (DE 63), the Court directed us to circulate a dial-in number for the February 17, 2019 Conference at 2 p.m. After a call with Chambers today, we understand that we should provide that dial-in to Defendant and then conference the Court in when the parties are on the line.

      As the Court is aware, on September 26, 2019 the Third Circuit vacated the Court's Order (Linares, C. J.) granting Defendant's Motion to Dismiss the Commission's Complaint. See SEC v. Gentile, 939 F.3d 549 (3d Cir. 2019). On November 22, 2019, the Third Circuit denied Defendant's Motion to stay pending disposition of his petition for Writ of Certiorari to the Supreme Court, and issued a Remand Order on that same date. Id., No. 18-1242.

      Accordingly, at the teleconference, the Commission will be prepared to discuss its proposed schedule for the Defendant's answer and submission of the parties' Fed. R. Civ. P. 26(f) Report.

                            Respectfully submitted,

                              Nancy A. Brown
                              Senior Trial Counsel

cc:    Adam Ford, Esq. (counsel for Defendant Guy Gentile)