UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
       Plaintiff,  :  16 Civ. 1619 (BRM) (JAD)
:
       -against-  :
:  ECF Case
GUY GENTILE,  :
:
       Defendant.  :
-------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE OF PHILIP A. FORTINO**

    PLEASE TAKE NOTICE that, pursuant to Local Rule 102.1, Philip A. Fortino, Esq. of the Securities and Exchange Commission hereby withdraws his appearance as counsel for Plaintiff in the above-captioned action. Plaintiff continues to be represented by counsel of record from the Securities and Exchange Commission.

Dated: New York, New York
       July 10, 2020

                                      SECURITIES AND EXCHANGE
                                            COMMISSION

                              By:   /s/ Philip A. Fortino
                                      Philip A. Fortino

                                   200 Vesey Street, Suite 400
                                   New York, New York 10281
                                   (212) 336-1014