

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

# **ORDER**

October 19, 2020

VIA ECF
Hon. Brian R. Martinotti
United States District Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    SEC v. Gentile, 16 Civ. 1619 (BRM) (JAD)

Dear Judge Martinotti:

Plaintiff Securities and Exchange Commission ("Commission") respectfully informs the Court that it will not file a further amended complaint in this matter.

Respectfully submitted,

*[signature]*

Jorge G. Tenreiro

cc:    Hon. Judge Dickson (via ECF)
        Adam Ford, Esq. (via ECF)

**ORDER**
**So noted. In light of the above and the [109] dismissal order, the [112] scheduling order is moot and the Clerk is directed to CLOSE this matter.**

**SO ORDERED.**

DATE: October 21, 2020

*/s/Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**United States District Judge**