# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>GUY GENTILE,<br><br>            Defendant. | Case No. 2:16-cv-01619 (BRM) (ESK)<br><br>**ORDER** |

**THIS MATTER** is opened to the Court on the Report and Recommendation ("R&R") of the Honorable Edward S. Kiel, U.S.M.J., dated January 10, 2022 (ECF No. 129), recommending Defendant Guy Gentile's ("Gentile") Motion for Contempt ("Motion") (ECF No. 116) be denied. Gentile objects to the R&R. (ECF No. 130.) Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 28th day of March 2022,

**ORDERED** that January 10, 2022 R&R (ECF No. 129) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Gentile's Motion for Contempt (ECF No. 116) is **DENIED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE